NOVEMBER 3, 2005

No. 05A390. WHITE *v.* LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 05–7236 (05A377). STECKEL *v.* DELAWARE. Sup. Ct. Del. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 7, 2005

No. 05–6832. MITCHELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).

No. 05M24. IN RE GRAND JURY PROCEEDINGS. Motion for leave to file petition for writ of certiorari under seal granted.

No. 05M25. DIXON *v.* FAIRBANKS CAPITAL CORP.; and
No. 05M26. DEYERBERG *v.* WOODWARD ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 04–1034. RAPANOS ET AL. *v.* UNITED STATES; and
No. 04–1384. CARABELL ET AL. *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 932.] Motion of petitioners to deconsolidate cases denied. Motion of petitioners for divided argument granted to be divided as follows: 20 minutes for petitioners in No. 04–1034; 20 minutes for petitioners in No. 04–1384; 40 minutes for respondents.